UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARINA BORISOVA,

                                      Plaintiff,

-against-

WILLIAM FRIBERG, TRIPLE I ASSOCIATES, LLC,
P.O. ELIZABETH DROZD-SPIDLE, Shield No. 7902,
P.O. REBECCA COOGAN, Shield No. 3220 and THE
CITY OF NEW YORK,

                                      Defendants.

**NOTICE OF MOTION**

18 Civ. 7440 (AMD)(SJB)

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Joshua Levin, dated December 20, 2019, the exhibits annexed thereto, the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, Defendants City of New York, and Officers Elizabeth Drozd-Spidle and Rebecca Coogan (hereinafter "City Defendants") will move this Court before the Honorable Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for an order to dismiss the Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE NOTICE** that, pursuant to Court Order (ECF Text Order dated November 14, 2019), plaintiff's opposition is due by January 20, 2020, and defendants' reply, to the extent one is necessary, is due by February 3, 2020.

Dated: New York, New York
       December 20, 2019

                                    JAMES E. JOHNSON
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendants City of New York, Drozd-Spidle, and Coogan*
                                    100 Church Street
                                    New York, New York 10007
                                    (212) 356-5052

                            By:         *Joshua Levin* /s/
                                    Joshua Levin, Esq.

To:
    Alan D. Levine, Esq. (VIA ECF)
    *Attorney for Plaintiff*
    Law Office of Alan D. Levine
    80-02 Kew Gardens Road, Suite 307
    Kew Gardens, New York 11415

cc:
    Courtney Chadwell, Esq. (VIA ECF)
    *Attorney for Co-Defendant Friberg*
    Barry McTiernan & Moore, LLC
    2 Rector Street, 14th Floor
    New York, New York 10006